**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6094**

CLIFTON DONELL LYLES,

Plaintiff - Appellant,

v.

CHIEF JUSTICE DONALD W. BEATTY; F. CRAIG WILKERSON, JR.,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Jacquelyn Denise Austin, District Judge.  (4:24-cv-03911-JDA)

Submitted:  May 22, 2025                                    Decided:  May 28, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clifton Donell Lyles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Donell Lyles appeals the district court's order accepting the recommendation of the magistrate judge as modified and dismissing with prejudice Lyles's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Lyles v. Beatty*, No. 4:24-cv-03911-JDA (D.S.C. Jan. 31, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*